PER CURIAM.
We conclude that the factual findings of and the relief granted by the trial court are amply supported by the evidence and the applicable law. Delgado v. Strong, 360 So.2d 73 (Fla.1978); Saunders v. Richard, 35 Fla. 28, 16 So. 679, 685 (1895); Sections 620.09(1), 620.66(1), Florida Statutes (1981); Meinhard v. Salmon, 249 N.Y. 458, 164 N.E. 545, 546 (1928); J. Crane & A. Bromberg, Law of Partnership § 68 (1968); 36A C.J.S. Fiduciary (1961); Cavalier v. Ignas, 275 So.2d 293 (Fla. 3d DCA 1973), quashed on other grounds, 290 So.2d 20 (Fla.1974); Section 812.035(7), (11), Florida Statutes (1981).
Affirmed.